PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Dax Bowman

Cr.: 06-893-01
PACTS #: 46150

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg, U.S.D.J.

Date of Original Sentence: 02/21/2007

Original Offense: Possession and Distribution of Heroin

Original Sentence: 30 months imprisonment followed by a three year term of supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/04/2008

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision conditions which state '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'and '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |

On May 5, 2009, Bowman reported to the probation office and admitted to recent crack cocaine use. Bowman signed an *Admission of Drug Use* form indicating he last used the illicit substance on May 2, 2009.

U.S. Probation Officer Action:

The probation office has increased urine testing and has referred the offender for outpatient substance abuse treatment.

Respectfully Submitted,

By: Paul E. Chomski
U.S. Probation Officer
Date:  05/05/09

*No response is necessary unless the Court directs that additional action be taken as follows:*

[  ] Submit a Request for Modifying the Conditions or Term of Supervision
[  ] Submit a Request for Warrant or Summons
[x] Other

    Uo further action at this time.

Signature of Judicial Officer

5/11/09
Date