UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :    Hon. Faith S. Hochberg

      v.                              :    Crim. No. 06-00893-001

DAX BOWMAN                       :    O R D E R

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Dax Bowman (Lorraine Gauli-Rufo, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on February 21, 2007; and the defendant having waived the preliminary hearing and having entered a guilty plea on June 22, 2010 to having violated the following conditions of his supervised release: (1) failure to pay a fine in the amount of $1500 and a special assessment of $100; (2) failure to refrain from the possession and use of drugs by testing positive for drug use on May 2, 2009, May 11, 2009, June 15, 2009, July 6, 2009, and September 22, 2009; (3) failure to report to the probation officer or to submit monthly supervision reports since October 2009; and (4) failure to attend required substance abuse treatment at the Integrity House; and for good cause shown;

    IT IS on this  24th  day of June, 2010,

    ORDERED that the defendant is adjudged guilty of having violated the above four conditions of his supervised release; and

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked; and

IT IS FURTHER ORDERED that defendant is sentenced to the term of ten months of community confinement with the following special conditions:

(1) Defendant Bowman is required to reside at the Toler House for the duration of his community confinement;

(2) Defendant Bowman shall continue substance abuse training at Saint Michael's Medical Center for the duration of his community confinement;

(3) Defendant Bowman shall remain under the supervision of U.S. Probation Officer Paul Choinski for the duration of his community confinement;

(4) Defendant Bowman shall register into a program to earn a GED during the ten-month community confinement; and

IT IS FURTHER ORDERED that all other conditions of the February 21, 2007 judgment of conviction entered in this matter shall remain in full force and effect.

_____
Honorable Faith S. Hochberg
United States District Judge