PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Dax Bowman  **Docket Number:** 06-00893-001
 **PACTS Number:** 46150

**Name of Sentencing Judicial Officer:** The Honorable Faith S. Hochberg, U.S.D.J.

**Date of Original Sentence:** 02/20/07

**Original Offense:** Distribution and Possession with Intent to Distribute Heroin

**Original Sentence:** 30 months imprisonment; 3 years supervised release.

**Date of Violation Sentence:** 06/22/10

**Violation Sentence:** 10 months community confinement

**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 06/22/10

**Assistant U.S. Attorney:** Jacques Pierre, 970 Broad Street, Room 502 Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Lorraine Gauli-Rufo, A.F.P.D.,1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X]  To issue a summons

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'RESIDENTIAL REENTRY CENTER PLACEMENT (10 months) |
| | **You shall reside for a period of 10 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall not be eligible for weekend privileges. You shall pay subsistence as required by the program.'** |
| | On August 13, 2010, Bowman's ten month period of community confinement at the Toler House Community Sanction Center commenced. On January 4, 2011, Bowman was discharged from that program due to his failure to follow the sanction center's rules and regulations. Information received from the sanction |

center indicates that while in the Toler House facility Bowman was found to be in possession of a synthetic cannabis commonly referred to as "K2 Spice Gold." According to Toler House rules and regulations, no smoking paraphernalia, legal or otherwise, is permitted in the facility at any time.

2  The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

On February 10, 2011, Bowman reported to the probation office and admitted that he used marijuana. On that same date, Bowman signed a *Drug Use Admission Form* indicating he last used the illicit substance on February 9, 2011.

3  The offender has violated the supervision conditions which state '**As a condition of supervision, you are instructed to pay a fine in the amount of $1,500. The fine, plus any interest pursuant to 18 U.S.C. § 3612(f)(1), is due immediately. In the event the fine is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $50, to commence 30 days after release from confinement.**' and '**It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which shall be due immediately.**'

Since the commencement of supervision the offender has made only one $20 payment towards his court ordered financial obligations. The offender's special assessment and fine balances remain at $80 and $1,500, respectively.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 04/15/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 5/31/11 @ 12:30PM
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/19/2011
Date